IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KIRK RODRICK SMITH
REG. #43293-004  PETITIONER

VS.  2:07CV00064 SWW/JTR

THOMAS A. WARD, ET AL.  RESPONDENTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that Respondents' Motion to Dismiss (docket entry #14) is GRANTED, the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #2) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 3rd day of October 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE